Jose Luis Munoz SANTOS,
Petitioner–Appellant,

v.

Linda R. THOMAS, Warden,
Respondent–Appellee.

No. 12–56506.

United States Court of Appeals,
Ninth Circuit.

Oct. 22, 2015.

Gail Ivens, Esquire, Deputy Federal Public Defender, Matthew Brady Larsen, Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellant.

Jean–Claude Andre, Assistant U.S., Aron Ketchel, Office of the U.S. Attorney, Los Angeles, CA, Sonja Ralston, U.S. Department of Justice, Washington, DC, for Respondent–Appellee.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.